|   |   |
|---|---|
| | O |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY CASTRO, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>BLUEWHALE TECHNOLOGY CO., a Georgia Corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | CV 17-09119 RSWL-MRW<br><br>**Order re: Motion for Default Judgment Against Defendant Bluewhale Technology Co.** [17] |

Currently before the Court is Plaintiff Anthony Castro's ("Plaintiff") Motion for Default Judgment against Defendant Bluewhale Technology Co. ("Motion") [17]. Having reviewed all papers submitted pertaining to this Motion, the Court **NOW FINDS AND RULES AS FOLLOWS:** the Court **DENIES** Plaintiff's Motion **WITHOUT PREJUDICE.**

1

**I. DISCUSSION**

Plaintiff erroneously filed this Motion before the Clerk of Court for a "sum certain" pursuant to Federal Rule of Civil Procedure 55(b)(1). See Franchise Holding II, LLC v. Huntington Rests. Grp., Inc., 375 F.3d 922, 929 (9th Cir. 2004) ("[A] claim is not a sum certain unless no doubt remains as to the amount to which a plaintiff is entitled as a result of the defendant's default." (citation omitted)). Plaintiff's attorney maintains, "[b]ased on [his] experience and [his] firm's history of verdicts, the amount due in this action is $250,000" for Plaintiff's claims for past and future pain and suffering, loss of enjoyment of life, humiliation, and emotional distress. Decl. of Haytham Faraj ¶ 2, ECF No. 17. Such claims do not constitute a sum certain. See, e.g., Demello v. United States, No. C16-5741, 2018 U.S. Dist. LEXIS 94476, at *2 (W.D. Wash. 2018). Accordingly, Rule 55(b)(2) governs, and "Plaintiff is required to prove all damages sought in the [C]omplaint." Philip Morris U.S.A. Inc. v. Castworld Prods., 219 F.R.D. 494, 498 (C.D. Cal. 2003). Because Plaintiff has not proved $250,000 damages, the Court **DENIES** the Motion **WITHOUT PREJUDICE**. Plaintiff must support any renewed motion for default judgment with argument and evidence concerning both the Eitel v. McCool, 782 F.2d 1470 (9th Cir. 1986) factors and Plaintiff's claimed damages. See Lang v. Sacramento Sheriff Dep't, No. 2:14-cv-0777-

EFB P, 2016 U.S. Dist. LEXIS 101366, at *6 (E.D. Cal. Aug. 2, 2016).

## II. CONCLUSION

Based on the foregoing, Plaintiff's Motion is **DENIED WITHOUT PREJUDICE**. Plaintiff is **ORDERED** to file a proper motion for default judgment or request for dismissal within twenty-one days of this Order. The hearing currently set for July 6, 2018 is hereby advanced and taken off-calendar.

**IT IS SO ORDERED.**

DATED: July 3, 2018         s/ RONALD S.W. LEW
                            **HONORABLE RONALD S.W. LEW**
                            Senior U.S. District Judge